## Morton Weinstein, Appellee, v. John T. Brown et al., Appellants. Paul Weinstein, Defendant.

**Gen. No. 45,023.**

Heard in the second division, first district, this court at the December term, 1949. Vogel & Bunge, for appellants; L. H. Vogel, George C. Bunge, Michael J. Thuma, Robert C. Vogel and Kenneth H. Hanson, of counsel; Kamin & Gleason and Irving Holtzman, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 20, 1950; released for publication July 14, 1950.